# UNITED STATES BANKRUPTCY COURT
## FOR THE
## DISTRICT OF NEW HAMPSHIRE

In re:                                                    BK No. 05-15374-MWV
                                                          Chapter 7
Michel Roland Brault,
    Debtor

David E. Stacy,
    Plaintiff

v.                                                        ADV No. 06-1031-MWV

Michel Roland Brault,
    Defendant

# DOCUMENT FILED UNDER SEAL WITH THE COURT

## MEMORANDUM OPINION

## CERTIFICATE OF SERVICE

I, Mary Jane Coutu, hereby certify that on this 17th day of Janaury, 2007, I caused a copy of the foregoing Order to be served via first class mail on the following: Debtor, Debtor's counsel, the Chapter 7 Trustee, Mr. Stacy and his counsel, Deborah Stacy as interested party and the U.S. Trustee.

/s/ Mary Jane Coutu

Michel Roland Brault
305 Eaton Road
Freedom, NH 03836

David E. Stacy
34 Fairhaven Lane
Manston Mills, MA

Terrie Harman
59 Deer Street
Suite 1B
Portsmouth, NH 03801

Olga L. Bogdanov
Trustee
Murtha Cullina LLP
99 High Street
Boston, MA 02110

Office of the U.S. Trustee
66 Hanover Street
Suite 302
Manchester, NH 03101

Jennifer Rood
Bernstein Shur
670 N. Commercial St., Ste 108
PO Box 1120
Manchester, NH 03105-1120

Deborah Stacy
102-B John Ewer Road
Sandwich MA 02563